UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEILANI S. RICKARD,<br><br>   Plaintiff(s),<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-01645-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Final Report and Recommendation and the defendant's Motion for Summary Judgment, and the court having Granted said motion and adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 17th day of March, 2022.

              KEVIN P. WEIMER
              CLERK OF COURT

            By: s/J. Arnold
              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 17, 2022
Kevin P. Weimer
Clerk of Court

By: s/J. Arnold
  Deputy Clerk